07-14403:2.0:Application for Installment Agreement:Main Document Entered: 8/9/2007 10:11:31 PM by:Suzanne de Rath Page 2 of 2

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re __EMANUEL DEMARIO PIPPIN__
Debtor(s)

Case No. __07B14403__
Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75.00__ Check one ☑ With the filing of the petition, or
☐ On or before _____

$ __75.00__ on or before __8/30/07__
$ __75.00__ on or before __9/14/07__
$ __74.00__ on or before __10/3/07__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date __8/10/07__

J. Cox     _Jacqueline P. Cox_
UNITED STATES BANKRUPTCY JUDGE